# United States District Court
## Violation Notice

CVB Location Code
M10

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F06I005D | Wallace | 2496 |

F06I005D

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/24/2026 19:13 | FED 36CFR261.6A |

Place of Offense
Elk Meadow Rd. MM#2

Offense Description: Factual Basis for Charge
No valid woodcutting permit.

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Mitchell | Eugene | D |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

☐ Adult  ☐ Juvenile   Sex ☐ M ☐ F   Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:  2FDKF38G7SCA24409   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| EAA1113 | MT | 1995 | FORD/F350 | ☐ | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 230.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

201 E. Broadway, Missoula, Montana 59802

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

F06I005D

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 01/24/2026 _____ while exercising my duties as a law enforcement

officer in the _____ District of _____ MT _____

Pursuant to 16USC 551: While patrolling Elk Meadow Road in the Missoula Ranger District of the Lolo National Forest at approximately 1700 hours, I observed a red flatbed Ford pickup truck parked on the roadside. The vehicle was occupied, and a male individual was behind the truck appearing to load a cable commonly used for dragging firewood from steep terrain.

I initiated contact with the individual, explained the reason for the contact, and requested to see his woodcutting permit. He stated he did not have one. Due to icy road conditions and the location, I instructed him to drive to the bottom of the hill so we could safely continue the conversation.

At the bottom of the hill, I requested identification from both occupants. The male was identified as Eugene MITCHELL, and the female passenger as Shayleen MEACHEL. A records check through the Missoula County Emergency Dispatch Center revealed both individuals had active warrants. The Missoula County Detention Center advised they would only accept MEACHEL's warrant. She was transported to the detention center without incident.

MITCHELL was issued Violation Notice No. F06I005D for violating 36 CFR 261.6(a): cutting or otherwise damaging any timber, tree, or other forest product except as authorized by special use authorization, timber sale contract, Federal law, or regulation.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____ 01/24/2026 _____

Date (mm/dd/yyyy)          Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;          PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;          CMV = Commercial vehicle involved in incident